**Dismissed and Opinion Filed January 26, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01292-CV

**JOSE F. RUIZ, Appellant**
**V.**
**BLANCA SANDOVAL, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-13223**

## MEMORANDUM OPINION

Before Justices Francis, Brown, and Stoddart
Opinion by Justice Francis

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated November 9, 2017, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated November 9, 2017, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated January 11, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without

payment of costs within ten days.  We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice.  To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Molly Francis/
MOLLY FRANCIS
JUSTICE


171292F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOSE F. RUIZ, Appellant

No. 05-17-01292-CV        V.

BLANCA SANDOVAL, Appellee

On Appeal from the 330th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-17-13223.
Opinion delivered by Justice Francis.
Justices Brown and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee BLANCA SANDOVAL recover her costs of this appeal from appellant JOSE F. RUIZ.

Judgment entered January 26, 2018.